①

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Nathaniel Luke Criswell
_____

_____

_____

(Enter above full name of plaintiff or plaintiffs)

CV421-314

v.

1. Correctional Health
_____

_____

_____

(Enter above full name of defendant or defendants)

I.    Previous lawsuits

  A.    Have you begun other lawsuits in state or federal court dealing with the same facts
         involved in this action?                                         Yes _____ No  X

         If your answer to A is yes, describe each lawsuit in the space below. (If there is more
         than one lawsuit, describe the additional lawsuits on another piece of paper, using the
         same outline.)

         1.    Parties to this previous lawsuit:

               Plaintiffs:    _____

               Defendants:    _____

         2.    Court (if federal court, name the district; if state court, name the county):

               _____

               _____

         3.    Docket number:    _____

         4.    Name of judge assigned to case:    _____



5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit:  _____

7. Approximate date of disposition:  _____

8. Were you allowed to proceed *in forma pauperis* (without prepayment of
fees)?                                    Yes _____  No _____

B.   While incarcerated or detained in any facility, have you brought any lawsuits in
federal court which deal with facts other than those involved in this action?
                                          Yes _____  No  X

If your answer to B is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

1. Parties to previous lawsuit:

Plaintiffs:  _____
_____

Defendants:  _____
_____

2. Court (name the district):

_____

3. Docket number:  _____

4. Name of judge assigned to case:  _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

_____

6. Approximate date of filing lawsuit:  _____

2

A.     Approximate date of disposition: _____

B.     Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                     Yes _____ No _____

C.     As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                       Yes _____ No __X__

         1.     If your answer to C is yes, name the court and docket number for each case:

                     _____     _____

                     _____     _____

                     _____     _____

                     _____     _____

II.     Place of present confinement: **Chatham County Detention Center**

A.     Is there a prisoner grievance procedure in this institution? Yes __X__ No _____

B.     Did you present the facts relating to your complaint to the appropriate grievance committee?                      Yes _____ No __X__

C.     If your answer to B is yes:

         1.     What steps did you take? _____

                           _____

                           _____

                           _____

                           _____

         2.     What was the result? _____

                            _____

                           _____

                           _____

                           _____

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?       Yes \_\_\_\_ No \_\_\_\_

If yes, what was the result? _____

_____

_____

_____

D. If you did not utilize the prison grievance procedure, explain why not: _____
I feel that if I were to have put in a grievance that my physical evidence (Camera footage, Discharge reports or Mace used) would become "misplaced" so I opted to bring it to a higher court so something could be done without malice interference from the facility.

III. **Parties**

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Nathaniel Luke Criswell
Address: 1050 Carl Griffin Drive
Savannah, GA 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Correctional Health
Position: Legal entity
Place of employment: Chatham County Detention Center
Current address: 1050 Carl Griffin Drive
Savannah, GA 31405

C. Additional defendants: _____

_____

_____

_____

_____

_____

_____



(5)

List of Claims- Correctional Health

1. Violation of my 5th amendment Right-
This right was violated when the nurse who works for Correctional
health at CCDC continued to ask me questions after I told
him I didint want to talk because I was in front of my
arresting officer.

2. Negligence-
Correctional Health was negligent when they employed a nurse
that would disregard all protocol to settle a personal score.

3. Cruel and unusual punishment-
Correctional Health is guilty of this through the actions of their
nurse when he placed me on suicide watch for no reason other
than that I didint want to answer his questions even after
I told him I didint want to hurt myself.

4. Pain and suffering-
Correctional Health is liable for this because when their nurse
put me on suicide watch my clothes were taken from me leaving
me naked in front of a camera in a cell humiliating me.
The actions of this nurse also led up to me being maced and
left in a suicide cell for days without a shower



IV.    Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In between the dates and times of January, 10th 2021 @ 9:00PM to January, 17th 2021 3:00 Am I, Nathaniel Luke Criswell, Was brought to CCDC. Before I Was brought into booking I Was seen by a nurse that works for Correctional health in the Car port at CCDC who began asking me questions about Where I had been and who I had been around. At this time I told Said nurse I didint Want (because I told my arresting officer the Same thing) to talk as I was still around my arresting officer invoking my 5th amendment right. The nurse then told me that if I didint Want to answer his questions that he had the power to put me on suicide Watch, Using this as a threat he then began to question me agian. I then told the nurse that I had no thoughts or intentions of hurting myself and repeated that I didint Want to talk. He then told me that he didint Care and he Was still going to put me on suicide Watch. I have asked several people at CCDC the name of this nurse but havent gotten any Co-operation. This Part of the incident Should be on Camera With audio at CCDC in the Car port area outside of booking. To better Identify this nurse When the Cameras are reviewed he is the one Who took my Vitals in between Said date and time in the booking area. After my Vitals had been taken I Was put in a suicide Cell in booking at CCDC. This also Should be on Camera in booking at CCDC.

5

⑦

V.    Relief

State briefly exactly what you want the court to do for you. Make no legal
arguments. Cite no cases or statutes.

For Claim one (1) I Would like the Court to grant me $250,000
from Correctional Health

For Claim two (2) I Would like the Court to grant me $+50,000
from Correctional Health

For Claim three (3) I Would like I Would like the Court to grant me
$100,000 from Correctional Health

For Claim Four (4) I Would like the Court to grant me $75,000
from Correctional Health

I Would also like the nurse involved with this incident to have his
nurses license revoked.

For all Claims (1-4) I Would like a total of $575,000 from
Correctional Health

I declare under penalty of perjury that the foregoing is true and correct.

Signed this  15th  day of  October , 18 20 21 .

Prisoner No. 4P1906402                          _duca Calle_____
                                                 **(Signature of Plaintiff)**

6



# FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
## UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
### in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Nathaniel Luke Criswell

_____

_____

_____

(Enter above full name of plaintiff or plaintiffs)

v.

2. Chatham County Detention Center

_____

_____

_____

(Enter above full name of defendant or defendants)

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                    Yes _____  No __X__

If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiffs:  _____

Defendants:  _____

2.    Court (if federal court, name the district; if state court, name the county):

_____

_____

3.    Docket number:  _____

4.    Name of judge assigned to case:  _____

⑨

5.  Disposition
    (for example, was the case dismissed? appealed? is it still pending?):

    _____

6.  Approximate date of filing lawsuit: _____

7.  Approximate date of disposition:    _____

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of
    fees)?                                       Yes _____  No _____

B.  While incarcerated or detained in any facility, have you brought any lawsuits in
    federal court which deal with facts other than those involved in this action?
                                                 Yes _____  No ☒

    If your answer to B is yes, describe each lawsuit in the space below. (If there is more
    than one lawsuit, describe the additional lawsuits on another piece of paper, using the
    same outline.)

    1.  Parties to previous lawsuit:

        Plaintiffs:   _____
                      _____
        Defendants:   _____
                      _____

    2.  Court (name the district):

        _____

    3.  Docket number:        _____

    4.  Name of judge assigned to case: _____

    5.  Disposition
        (for example, was the case dismissed? appealed? is it still pending?):

        _____
        _____

    6.  Approximate date of filing lawsuit: _____

2



A.    Approximate date of disposition: _____

B.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                     Yes _____    No _____

C.    As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                     Yes _____    No ✗

1.    If your answer to C is yes, name the court and docket number for each case:

_____    _____
_____    _____
_____    _____
_____    _____

II.    Place of present confinement: Chatham County Detention Center

A.    Is there a prisoner grievance procedure in this institution? Yes ✗ No _____

B.    Did you present the facts relating to your complaint to the appropriate grievance committee?                     Yes _____    No ✗

C.    If your answer to B is yes:

1.    What steps did you take? _____
_____
_____
_____
_____

2.    What was the result? _____
_____
_____
_____
_____

3

⑪

C. Did you appeal any adverse decision to the highest level possible in the administrative procedure?        Yes ____ No ____

If yes, what was the result? _____
_____
_____
_____
_____

D.   If you did not utilize the prison grievance procedure, explain why not: ____
I feel that if I were to have put in a grievance
my Physical evidence (Camera footage, Discharge Reports on
Mace used) would have become "misplaced" So I opted to
Bring it to a higher court something could be done without malice
interference from the facility.

## III.   Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A.   Name of plaintiff:   Nathaniel Luke Criswell
     Address:   1650 Carl griffin Drive
                Savannah, GA 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B.   Name of defendant:   Chatham County Detention Center
     Position:   Legal Entity
     Place of employment:
     Current address:   1650 Carl Griffin Drive
                        Savannah, GA 31405

C.   Additional defendants: _____
_____
_____
_____
_____
_____

4



List of Claims- Chatham County Detention Center

1. Negligence-
Chatham County Detention Center Was Negligent When it employed officers that would disregard all protocol for whatever reason. This occured When the officers didn't give me a shower after I was maced for a period of days.

2. 1st Count of Cruel and Unusual Punishment-
Chatham County Detention Center is guilty of this because I was maced by their officers While I was laying on the floor in the fetal position naked in a suicide cell and I was not posing a threat. I Also gave no indication that I might become violent at any point during the process.

3. 1st Count of Pain and Suffering-
Chatham County Detention Center is liable for this because mace is only supposed to be used to subdue an inmate that is showing signs of violent behavior and I (As seen on camera) was not showing any signs of violent behavior but was still maced.

4. 2nd Count of Cruel and Unusual Punishment-
Chatham County Detention Center is guilty of this because I was maced, Put in a suicide cell in unit 1 Charlie, and not givin a shower for days afterward.

5. 2nd Count of Pain and Suffering-
Chatham County Detention Center is liable for this because after I was maced I was left in a suicide cell for a period of days by CCDC Staff. This mace is designed to burn for as long as it is in contact with bare skin so when I was left in the cell for days without a shower it was burning my skin.



IV:   **Statement of Claim**

State here as briefly as possible the FACTS in your case. Describe how each
defendant is personally involved in the depriving you of your rights. You must
include relevant times, dates, places, and names of witnesses. DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Inbetween the dates and times of January, 10th 2021 9:00PM to January,
17th 2021 3:00AM I, Nathaniel Luke Criswell, Was placed in a Suicide
Cell (After I told nurses in booking I had no intentions of hurting myself) in Booking
at Chatham County Detention Center. Not long after a officer working
at CCDC came to the Suicide cell I Was in and asked me to get
up. When I didint get up the officer got other officers involved and
came into the Suicide Cell. One of the officers had a can of mace
and told me if I didint get up he was going to mace me.(Note that I
Was laying on the floor naked in the fetal position). I Still didint get
up and said officer maced me While I was laying on the floor. After he
maced me multiple officers picked me up put me in handcuffs and shackles
and put me in a wheelchair.(I had posed no threat or givin any indication
that I might become Violent throughout the Whole Process.) I Was then
Photographed and Finger Printed. All of this happend in booking and should
be on Camera also the Suicide cell I Was in had a Camera in it too. The
officer who maced me had a body Camera on. There Should be a discharge
report on the can of mace With the date and time on it. After this
I Was taken to Unit 2 Charlie Where I was put in a Suicide Cell, Still
Covered in mace, and Wasn't givin a shower until I Was let off Suicide Watch
days later. This Should be on Camera in between the dates and times
of January, 17th 2021 12:00AM to January, 19th 2021 5:00PM.
I have asked Several officers on Several occasions the names of the
officers involved With this incident and got no Co-operation. I have also
attached a copy of my mugshot from the day the incident occured.


# Chatham County Sheriff's Office



**CRISWELL, NATHANIEL LUKE**

| Age | **21** | Sex | **M** | Race | **W** |
|---|---|---|---|---|---|
| Height | **5 ft 7 in** | Weight | **185** | DOB | |
| Nationality | | Hair Color | **BRO** | Hair Length | **MED** |
| Eye Color | **HAZ** | Glasses/Contacts | **False** | SkinTone | |
| Moustache | **False** | Beard | **False** | Religion | **NONE PER DETAINEE** |
| D I N | **P1906462** | | | | |

Dates and times: January, 16th 2021 9:00PM to January, 17th 2021 5:AM  Booking at CCDC

Dates and times: January, 17th 2021 12:00AM to January, 19th 2021 5:00PM Unit One Charlie at CCDC

(15)

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Claim one (1) I would like the Court to grant me $100,000 from Chatham County Detention Center

For Claim two (2) I Would like the Court to grant me $150,000 from Chatham County Detention Center

For Claim three (3) I would like the Court to grant me $75,000 From Chatham County Detention Center

For Claim four (4) I Would like the Court to grant me $150,000 From Chatham County Detention Center

For Claim five (5) I Would like the Court to grant me $75,000 from Chatham County Detention Center

I Would also like all the officers involved to be terminated from CCDC.
For All Claims (1-5) I Would like a total of $550,000 From Chatham County Detention Center

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 15th day of October, 2021.

Prisoner No. P1906462            _Nathan Cruu_
                                 (Signature of Plaintiff)

6



FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA

Nathaniel Luke Criswell
_____
_____
_____

(Enter above full name of plaintiff or plaintiffs)

v.

3. Sheriff John Wilcher (official Capacity)
_____
_____
_____

(Enter above full name of defendant or defendants)

I.    Previous lawsuits

A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                    Yes _____ No X

If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1.    Parties to this previous lawsuit:

Plaintiffs: _____

Defendants: _____

2.    Court (if federal court, name the district; if state court, name the county):
_____

3.    Docket number: _____

4.    Name of judge assigned to case: _____



    8.    Disposition
           (for example, was the case dismissed? appealed? is it still pending?):

_____

    6.    Approximate date of filing lawsuit: _____

    7.    Approximate date of disposition: _____

    8.    Were you allowed to proceed *in forma pauperis* (without prepayment of
           fees)?                  Yes \_\_\_\_\_  No \_\_\_\_\_

B.    While incarcerated or detained in any facility, have you brought any lawsuits in
      federal court which deal with facts other than those involved in this action?
                                  Yes \_\_\_\_\_  No  X

If your answer to B is yes, describe each lawsuit in the space below. (If there is more
than one lawsuit, describe the additional lawsuits on another piece of paper, using the
same outline.)

    1.    Parties to previous lawsuit:

        Plaintiffs: _____
                  _____
        Defendants: _____
                  _____

    2.    Court (name the district):

_____

    3.    Docket number: _____

    4.    Name of judge assigned to case: _____

    5.    Disposition
           (for example, was the case dismissed? appealed? is it still pending?):

_____

    6.    Approximate date of filing lawsuit: _____



    7.    Approximate date of disposition: _____

    8.    Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?    Yes _____ No _____

C.    As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?    Yes _____ No X

    1.    If your answer to C is yes, name the court and docket number for each case:

    _____    _____
    _____    _____
    _____    _____
    _____    _____

II.    Place of present confinement: Chatham County Detention Center

A.    Is there a prisoner grievance procedure in this institution? Yes X No ____

B.    Did you present the facts relating to your complaint to the appropriate grievance committee?    Yes ____ No X

C.    If your answer to B is yes:

    1.    What steps did you take? _____
    _____
    _____
    _____
    _____

    2.    What was the result? _____
    _____
    _____
    _____
    _____
    _____

⑲

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?                     Yes _____ No _____

If yes, what was the result? _____
_____
_____
_____
_____

D. If you did not utilize the prison grievance procedure, explain why not: _____
I feel that if I were to have put in a grievance my Physical
evidence (Camera footage, Discharge report on mace used) would
have become "misplaced" so I opted to bring it to a higher Court
so something could be done without malice interference from the facility.

III. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: Nathaniel Luke Criswell
   Address: 1050 Carl Griffin Drive
   Savannah, GA 31405

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: Sheriff John Wilcher (official Capacity)
   Position: Sheriff
   Place of employment: Chatham County Sheriff's Office
   Current address: 1050 Carl Griffin Drive
   Savannah, GA 31405

C. Additional defendants: _____
_____
_____
_____
_____
_____

4



(20) List of Claims- Sheriff John Wilcher (official capacity)

1. Negligence-
Sheriff John Wilcher is guilty of negligence because either he didint train his officers in proper protocol or he employed officers that would disregard proper protocol for whatever reason.

2. 1st Count of Cruel and unusual punishment-
This Count is for when I was initially maced in a suicide Cell by officers without posing a threat. Sheriff John Wilcher is guilty of this through the actions of his officers.

3. 1st Count of Pain and Suffering-
This Count is for when I was initially maced in a suicide Cell without posing a threat. Sheriff John Wilcher is liable for this because if proper protocol was followed by his officers then I would have never been maced.

4. 2nd Count of Cruel and Unusual punishment-
This Count is for when I was put in a suicide Cell in unit 1 Charlie and not givin a shower for a period of days. Sheriff John Wilcher is guilty of this through the actions of his officers.

5. 2nd Count of Pain and Suffering-
This Count is for when I was put in a suicide Cell for a period of days Covered in mace and wasnt givin a shower. Sheriff John Wilcher is liable for this through the actions of his officers.



**IV:**  Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Inbetween the dates and times of January, 16th 2021 9:00 PM to January, 17th 2021 5:00 AM I, Nathaniel Luke Criswell, was brought to CCDC and placed in the care of Sheriff John Wilcher. At this time I was placed in a suicide cell, maced while I was on the floor in the fetal position posing no threat (I had also givin no indication that I might become violent at any point in the intake process) by Sheriff John Wilchers officers. This occured in booking and should be on camera inbetween the above stated times and dates. The suicide cell where I was maced also had a camera in it and the officer who maced me had a body camera on. There should also be a discharge report on the mace used with the time and date. I was then taken to unit one Charlie where I was placed in a suicide cell covered in mace and not givin a shower for days afterward. This should be on camera in unit one Charlie and the dates to look at the camera to verify is January, 17th 2021 12:00 AM to January, 19th 2021 5:00 pm. I have asked several officers here at CCDC the names of the individual officers who were involved with this incident but have gotten no co-operation.

5



V. **Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

For Claim one (1) I would like the Court to grant me $100,000 from Sheriff John Wilcher

For Claim two (2) I would like the Court to grant me $150,000 from Sheriff John Wilcher

For Claim three (3) I would like the Court to grant me $75,000 from Sheriff John Wilcher

For Claim Four (4) I would like the Court to grant me $150,000 from Sheriff John Wilcher

For Claim Five (5) I would like the Court to grant me $75,000 from Sheriff John Wilcher

For all Claims (1-5) I would like a total of $550,000 from Sheriff John Wilcher

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _15th_ day of _October_, 20 _21_.

Prisoner No. _P1906462_

_____
(Signature of Plaintiff)

6

To Whomever it may Concern,

Enclosed is three (3) Copies of the Prisoner Complaint Form (1983) With three (3) different defendants that are related to the same incident. I hope that this Complaint is filled out to make it as easy as possible for you to file. Peace and Blessings.

Yours truely,

Nathaniel Luke Criswell

Nathaniel Criswell
1050 Carl Griffin Drive
Savannah, GA 31405

United States District Court
P.O. Box # 8286
Savannah, GA 31412

U.S. Marshals Service
Savannah, Georgia

RECEIVED


FOREVER / USA


FOREVER / U