AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

NATHANIEL LUKE CRISWELL,

        Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV421-314

CORRECTIONAL HEALTH, CHATHAM COUNTY DETENTION CENTER, and SHERIFF JOHN WILCHER,

        Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's July 5, 2022 Order, Plaintiff's complaint is dismissed without prejudice, and this case stands closed.



| July 5, 2022 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/2020